OCTOBER 2, 2001

No. 01A298. ROBERTS v. LUEBBERS, SUPERINTENDENT, PO-
TOSI CORRECTIONAL CENTER, ET AL. Application for certificate
of appealability and for stay of execution of sentence of death,
presented to JUSTICE THOMAS, and by him referred to the
Court, denied.

OCTOBER 3, 2001

No. 01–6476 (01A284). WARD v. NORTH CAROLINA. Gen. Ct.
Justice, Super. Ct. Div., Pitt County, N. C. Application for stay
of execution of sentence of death, presented to THE CHIEF JUS-
TICE, and by him referred to the Court, denied. Certiorari
denied.

OCTOBER 9, 2001

No. 01–281. AT&T CORP. v. AMERICA ONLINE, INC.; and

No. 01–448. AMERICA ONLINE, INC. v. AT&T CORP. C. A. 4th
Cir. Certiorari dismissed under this Court's Rule 46.1. Re-
ported below: 243 F. 3d 812.